# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

MELVIN JEROME MURRY, TOMMY
SCALES, ROBERT and EARNESTINE
MILLER, MOONYEA OUSLEY, LILLIE
SWIMS, and TRAMELL and RUTHIE
STREETER                                                                         PLAINTIFFS

V.                                                                               CASE NO. 4:05CV174

COLDWELL BANKER REAL ESTATE
CORPORATION, COLDWELL BANKER
FIRST GREENWOOD-LEFLORE REALTY, INC.,
LEFLORE PROPERTIES, INC., JIM
PRUETT, LINDA PRUETT, BANK OF
COMMERCE, STATE BANK & TRUST
COMPANY, EQUIFIRST CORPORATION,
and TERRY GREEN                                                                  DEFENDANTS

## ORDER

This cause comes before the court on the multiple motions of the plaintiffs and various defendants in this action. Defendant Coldwell Banker Real Estate Corporation has filed a motion [182] to dismiss the plaintiffs' RICO claims. State Bank and Trust Company has moved [200, 218] to compel arbitration. The plaintiffs have moved to file supplemental briefs [298, 309] in response to the motions to compel.

On November 11, 2007, all remaining plaintiffs entered into a stipulation of dismissal and an agreement to submit all claims to arbitration with Coldwell Banker Estate Corporation, Coldwell Banker First Greenwood-Leflore Realty, Inc., Linda Pruett, Bank of Commerce, State Bank & Trust Company, and Terry Green. All claims against EquiFirst Corporation have been previously ordered to arbitration. Therefore, the aforementioned motions have been rendered

MOOT.

This the 18th day of December, 2007.

**/s/ MICHAEL P. MILLS**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**